UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEWIS BOBO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-cv-2337-EFB<br><br><br>ORDER |

　　　　Plaintiff is proceeding pro se in this social security case. On October 12, 2016, the Clerk forwarded to plaintiff the form Consent to Proceed Before a United States Magistrate Judge. Plaintiff was directed to return the form with either a consent to proceed before the assigned magistrate judge or request assignment to a district judge. Plaintiff timely returned the form. However, he consented to proceed before the assigned magistrate judge and also requested assignment to a district judge. Thus, it is unclear whether plaintiff intended to consent to proceeding before the undersigned for all further proceedings in this case, including entry of final judgment.

　　　　Accordingly, the Clerk is directed to mail to plaintiff a new consent form. Plaintiff is directed to complete and submit the form within 30 days. On the form, plaintiff shall clearly indicate whether he consents to proceed before the assigned magistrate judge *or* requests

1

reassignment to a district judge.  Failure to return the form within 30 days may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED: January 17, 2017.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE